UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KAUFMAN, individually and on behalf of all others similarly situated,<br><br>KYLE MIHOLICH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>GREAT DESTINATIONS, INC., DOES,<br><br>        Defendants. | Case No. 19CV1459 DMS KSC<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT GREAT DESTINATIONS, INC.**<br><br>Hon. Dana M. Sabraw<br>Courtroom 13A (13th Floor)<br><br>Magistrate Judge Karen S. Crawford<br>Suite 1010 |

1  Based on the Joint Motion for Dismissal of Defendant Great Destinations, Inc. [Document 4], and good cause appearing:

1. The Court GRANTS the Joint Motion;
2. Defendant Great Destinations, Inc. is dismissed from this action WITH PREJUDICE as to all individual claims asserted by Plaintiffs Mark Kaufman and Kyle Miholich, and WITHOUT PREJUDICE as to any claims by the alleged, un-named putative class members.
3. Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  October 22, 2019

_____
Hon. Dana M. Sabraw
United States District Judge